| Fill in this information to identify your case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Eric** | **Stephan** | **Clark** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** | | | |
| Case number (if known) | **19-51489G** | | | |

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income 12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | **Courier** | |
| **Employer's name** | **Casteel Couriers Inc.** | |
| **Employer's address** | **1306 W. Hollywood Ave**<br>Number Street | Number Street |
| | **San Antonio** **TX** **78201**<br>City State Zip Code | City State Zip Code |
| **How long employed there?** | **Just Started** | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.   $2,708.33 | _____ |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $0.00 | _____ |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4.   $2,708.33 | _____ |

Debtor 1 **Eric Stephan Clark**     Case number (if known) **19-51489G**

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 4. Copy line 4 here | $2,708.33 | |
| **5. List all payroll deductions:** | | |
| 5a. Tax, Medicare, and Social Security deductions | $0.00 | |
| 5b. Mandatory contributions for retirement plans | $0.00 | |
| 5c. Voluntary contributions for retirement plans | $0.00 | |
| 5d. Required repayments of retirement fund loans | $0.00 | |
| 5e. Insurance | $0.00 | |
| 5f. Domestic support obligations | $0.00 | |
| 5g. Union dues | $0.00 | |
| 5h. Other deductions. Specify: _____ | + $0.00 | |
| **6. Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | $0.00 | |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | $2,708.33 | |
| **8. List all other income regularly received:** | | |
| 8a. Net income from rental property and from operating a business, profession, or farm | $0.00 | |
| 8b. Interest and dividends | $0.00 | |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | $0.00 | |
| 8d. Unemployment compensation | $0.00 | |
| 8e. Social Security | $0.00 | |
| 8f. Other government assistance that you regularly receive. Specify: _____ | $0.00 | |
| 8g. Pension or retirement income | $0.00 | |
| 8h. Other monthly income. Specify: **Wife Contribution for Nissan** | + $540.00 | |
| **9. Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | $540.00 | |
| **10. Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | $3,248.33 + _____ = $3,248.33 | |

**11. State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11. + $0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.    12. **$3,248.33** Combined monthly income

**13. Do you expect an increase or decrease within the year after you file this form?**

☒ No.    **None.**
☐ Yes. Explain:

Official Form 106I      **Schedule I: Your Income**      page 2

| Fill in this information to identify your case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Eric** | **Stephan** | **Clark** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** | | | |
| Case number (if known) | **19-51489G** | | | |

Check if this is:

☑ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses            12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

**1. Is this a joint case?**

☑ No. Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**
  ☐ No
  ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2. Do you have dependents?**   ☑ No

Do not list Debtor 1 and Debtor 2.   ☐ Yes. Fill out this information for each dependent....................

Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No / ☐ Yes |
| _____ | _____ | ☐ No / ☐ Yes |
| _____ | _____ | ☐ No / ☐ Yes |
| _____ | _____ | ☐ No / ☐ Yes |
| _____ | _____ | ☐ No / ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☑ No
☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

**4. The rental or home ownership expenses for your residence.**    4.  **$993.00**
Include first mortgage payments and any rent for the ground or lot.

**If not included in line 4:**

4a. Real estate taxes                                               4a. _____

4b. Property, homeowner's, or renter's insurance                    4b. _____

4c. Home maintenance, repair, and upkeep expenses                   4c.  **$15.00**

4d. Homeowner's association or condominium dues                     4d. _____

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric Stephan Clark** | Case number (if known) | **19-51489G** |
| | | | **Your expenses** |

**5.** **Additional mortgage payments for your residence,** such as home equity loans     5. _____

**6.** **Utilities:**

    6a. Electricity, heat, natural gas     6a. **$100.00**

    6b. Water, sewer, garbage collection     6b. _____

    6c. Telephone, cell phone, Internet, satellite, and cable services     6c. **$150.00**

    6d. Other. Specify: __Mobile Phone__     6d. **$50.00**

**7.** **Food and housekeeping supplies**     7. **$200.00**

**8.** **Childcare and children's education costs**     8. _____

**9.** **Clothing, laundry, and dry cleaning**     9. **$10.00**

**10.** **Personal care products and services**     10. **$10.00**

**11.** **Medical and dental expenses**     11. **$25.00**

**12.** **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.     12. **$175.00**

**13.** **Entertainment, clubs, recreation, newspapers, magazines, and books**     13. **$10.00**

**14.** **Charitable contributions and religious donations**     14. _____

**15.** **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

    15a. Life insurance     15a. _____

    15b. Health insurance     15b. _____

    15c. Vehicle insurance     15c. **$125.00**

    15d. Other insurance. Specify: _____     15d. _____

**16.** **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____     16. _____

**17.** **Installment or lease payments:**

    17a. Car payments for Vehicle 1     17a. _____

    17b. Car payments for Vehicle 2     17b. _____

    17c. Other. Specify: _____     17c. _____

    17d. Other. Specify: _____     17d. _____

**18.** **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).**     18. _____

**19.** **Other payments you make to support others who do not live with you.**
Specify: _____     19. _____

| Debtor 1 | **Eric Stephan Clark** | Case number (if known) | **19-51489G** |
|---|---|---|---|

**20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | |
| 20b. | Real estate taxes | 20b. | |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | |
| 20e. | Homeowner's association or condominium dues | 20e. | |

**21. Other.** Specify: **See continuation sheet**      21. +      **$470.00**

**22. Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$2,333.00** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | |
| 22c. | Add line 22a and 22b. The result is your monthly expenses. | 22c. | **$2,333.00** |

**23. Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$3,248.33** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. – | **$2,333.00** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **$915.33** |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes. Explain here: **None.**

Debtor 1  **Eric Stephan Clark**  Case number (if known) **19-51489G**

**21. Other. Specify:**

| | |
|---|---:|
| **Pet Food** | $40.00 |
| **Haircuts** | $30.00 |
| **Savings for Personal Income Taxes** | $400.00 |
| Total: | $470.00 |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | **Stephan** | **Clark** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **19-51489G** | | |

☑ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

    1a. Copy line 55, Total real estate, from Schedule A/B............................................................... **$0.00**

    1b. Copy line 62, Total personal property, from Schedule A/B..................................................... **$26,415.00**

    1c. Copy line 63, Total of all property on Schedule A/B............................................................... **$26,415.00**

## Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$49,058.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F..................................... **$3,982.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ + **$91,279.00**

   **Your total liabilities** **$144,319.00**

## Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule I.................................................................. **$3,248.33**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule J........................................................................... **$2,333.00**

Official Form 106Sum   Summary of Your Assets and Liabilities and Certain Statistical Information   page 1

Debtor 1 **Eric Stephan Clark**  Case number (if known) **19-51489G**

| Part 4: | Answer These Questions for Administrative and Statistical Records |

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
☒ Yes

**7. What kind of debt do you have?**

☒ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.**  $2,951.84

**9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

**Total claim**

**From Part 4 on *Schedule E/F,* copy the following:**

9a. Domestic support obligations. (Copy line 6a.)   $0.00

9b. Taxes and certain other debts you owe the government. (Copy line 6b.)   $1,072.00

9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)   $0.00

9d. Student loans. (Copy line 6f.)   $53,897.00

9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)   $0.00

9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)  + $0.00

9g. **Total.** Add lines 9a through 9f.   $54,969.00

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | **Stephan** | **Clark** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **19-51489G** | | |

☑ Check if this is an amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules     12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Eric Stephan Clark**          X _____
Eric Stephan Clark, Debtor 1              Signature of Debtor 2

Date **10/28/2019**                Date _____
MM / DD / YYYY                    MM / DD / YYYY

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Eric Stephan Clark**  CASE NO. **19-51489G**

CHAPTER **13**

**Certificate of Service**

I HEREBY CERTIFY that a true and correct copy of the Amended Schedules I & J were mailed on the 28th day of October 2019 to:

Date: **10/28/2019**  /s/ Ricardo Ojeda, Jr.
**Ricardo Ojeda, Jr.**
Attorney for the Debtor(s)

Date: **10/28/2019**  /s/ Eric Stephan Clark
**Eric Stephan Clark**
Debtor

| | | |
|---|---|---|
| Ace Cash Express<br>1231 Greenway Drive, Suite 600<br>Irving, TX 75038 | City Public Service<br>145 Navarro<br>Mail Drop 110910<br>San Antonio, TX 78205 | FAMSA<br>PO Box 36929<br>Houston, TX 77236 |
| Acima Credit<br>9815 S. Monroe St. Fl 4<br>Sandy, UT 84070 | Cumis Ins Collateral Claims<br>c/o Stuart-Lippman & Associates Inc.<br>5447 E. 5th St. Ste. 110<br>Tucson, AZ 85711 | FAMSA<br>817 Bandera Rd.<br>San Antonio, TX 78228 |
| Air Force Federal Credit Union<br>1560 Cable Ranch Rd Ste. 200<br>SAN ANTONIO, TX 78245 | Directv-UVerse-AT&T Close & Captioning<br>Attn: Mr. Timmermans<br>1010 Pine St., IIE-X-04<br>Saint Louis, MO 63101 | Fedloan Servicing<br>PO Box 60610<br>Harrisburg, PA 17106 |
| Attorney General of Texas<br>Child Support Division<br>2512 S. IH-35 STE 200<br>Austin, TX 78704 | Easy Finance<br>1223 N. Rock Rd., Bldg B<br>Wichita, KS 67206 | Frost Bank<br>PO Box 1600<br>San Antonio, TX 78296 |
| Charter Communications<br>PO Box 790086<br>Saint Louis, MO 63179 | Eric Stephan Clark<br>6714 Sun Valley Dr.<br>San Antonio, TX 78227 | Gold Star Finance<br>3655 Fredricksburg Rd #106<br>San Antonio, TX 78201 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: Eric Stephan Clark　　　　　　　　　　　　　　　CASE NO. 19-51489G

　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13

## Certificate of Service

(Continuation Sheet #1)

---

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

San Antonio Water System
PO Box 2990
San Antonio, TX 78299

T-Mobile
c/o Diversified Consultants, Inc.
PO Box 551268
Jacksonville, FL 32256

Mary K. Viegelahn
Chapter 13 Trustee
909 NE Loop 410 #400
San Antonio, TX 78209

Select Employee FCU
1914 Pan Am Express N
San Antonio, TX 78208

Tejano Emergency Physicians
c/o Commonwealth Financial Systems
245 Main Street
Dickson City, PA 18519

Pathology Associates of San Antonio
c/o Business and Professional Service
621 N. Alamo
San Antonio, TX 78215

Select Employees Federal Credit Union
1914 Pan Am Expressway N
San Antonio, TX 78208

US Attorney's Office
601 NW Loop 410, Ste. 600
San Antonio, TX 78216

Prestige Financial Svc
351 W. Opportunity Way
Draper, UT 84020

Snap Finance
PO Box 26561
Salt Lake City, UT 84126

Western Finance
801 S. Abe Ste. 2A
San Angelo, TX 76903

Rise
c/o National Credit Adjuster
PO Box 3023
Hutchinson, KS 67504

Speedy Cash
2337 SW Military Dr
San Antonio, TX 78224

Zales Delaware Inc.
PO Box 4485
Beaverton, OR 97076

RISECSO
4150 International Suite 300
Fort Worth, TX 76109

Stepstone Credit
238 SW Military Dr. Ste. 109
San Antonio, TX 78221

Rolling Rentals & More
8507 Culebra Rd.
San Antonio, TX 78251

Surety Finance
3655 Fredericksburg Rd., Ste. 104
San Antonio, TX 78201