# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## San Antonio Division

**Bankruptcy Case No.:** 19–51489–cag
**Chapter No.:** 13
**Judge:** Craig A. Gargotta

**In Re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Eric Stephan Clark
6714 Sun Valley Dr.
San Antonio, TX 78227
**SSN/TAX ID:**
xxx–xx–5241

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered:

   for Debtor on **11/5/19**             for Joint Debtor (if any) on **N/A**

Dated: 11/5/19

                                            Barry D. Knight
                                        Clerk, U. S. Bankruptcy Court

**[Notice of Dismissal (BK)]** [NtcDsmBKapac]